**Opinion issued May 21, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00024-CV**

————————————

**JOHN ANTHONY HERNANDEZ, Appellant**

**V.**

**LILIAN ZUSANA CORADO; OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Appellees**

On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Case No. 22-DCV-297012

**MEMORANDUM OPINION**

Appellant John Anthony Hernandez attempts to appeal from the trial court's judgment signed October 9, 2023.

Generally, a notice of appeal is due within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is extended

to 90 days after the date the judgment is signed if any party timely files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *See* TEX. R. APP. P. 26.1(a). The time to file a notice of appeal may also be extended if, within 15 days after the deadline to file the notice of appeal, a party properly files a motion for extension. *See* TEX. R. APP. P. 10.5(b), 26.3.

The record reflects that the trial court signed the final judgment on October 9, 2023, and no motions to extend the deadline to file a notice of appeal were timely filed. Therefore, appellant's notice of appeal was due by November 8, 2023. *See* TEX. R. APP. P. 26.1(a).

Appellant untimely filed his notice of appeal on January 9, 2024. Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1.

On April 25, 2024, we notified appellant that his appeal was subject to dismissal for want of jurisdiction unless he filed a response showing grounds for continuing the appeal. *See* TEX. R. APP. P. 42.3(a). Appellant filed a response but has not demonstrated that we have jurisdiction over this appeal.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**


Panel consists of Chief Justice Adams and Justices Kelly and Goodman.